IN THE SUPREME COURT OF THE STATE OF NEVADA

MAGNIFICO PLAYA, LLC, A NEVADA
LIMITED LIABILITY COMPANY;
ARRIENDO ADVISORS, LTD., A
NEVADA LIMITED LIABILITY
COMPANY; AND KRISTOPHER KENT,
INDIVIDUALLY AND AS MANAGING
MEMBER,
Petitioners,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE; AND THE HONORABLE
LYNNE K. SIMONS, DISTRICT JUDGE,
Respondents,
and
MEI-GSR HOLDINGS, LLC, A NEVADA
LIMITED LIABILITY COMPANY; AND
AM-GSR HOLDINGS, LLC, A NEVADA
LIMITED LIABILITY COMPANY,
Real Parties in Interest.

No. 82940

FILED

JAN 14 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

*ORDER DENYING PETITION*

This original petition for a writ of certiorari, mandamus, or prohibition challenges several orders related to a district court's denial of a motion to dismiss in a contract and tort action. We are not persuaded that our extraordinary and discretionary intervention is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is

Supreme Court
of
Nevada

(O) 1947A

22-01495

an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). We therefore,

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc:    Hon. Lynne K. Simons, District Judge
       Gordon & Rees Scully Mansukhani LLP/Reno
       Meruelo Group LLC
       Washoe District Court Clerk